## Samuel Handler, Appellee, v. Sam J. Alpert, Appellant.

### Gen. No. 44,040.

opinion filed May 19, 1947; released for publication June 3, 1947. Alfred Newton, for appellant; Lawrence E. Lewy and Morris A. Gzesh, of counsel; Henry W. Kenoe and Raphael Fine, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.